UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-925 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA PROZINSKI,<br><br>Defendant,<br><br>CENTRAX,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 15, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about August 25, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about August 22, 2003, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing. However, defendant called the U.S. Attorney's Office and requested that the amount garnished each pay period be reduced from 25% to a lesser

FILED SEP 0 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

sum. The parties thereafter stipulated to a $150.00 per month garnishment. A copy of their stipulation is on file with the Clerk of Court.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $150.00 of the debtor's earnings, by sending a check or money order made payable monthly to the "U.S. Department of Justice" in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff monthly as they become due and owing.

Dated: 9/8/03

Magistrate Judge Arthur J. Boylan
United States District Court