UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-925 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA PROZINSKI,<br><br>Defendant,<br><br>WELLS FARGO BANK,<br><br>Garnishee. | STIPULATED FINAL ORDER IN GARNISHMENT |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED

1. The garnishee shall immediately pay the sum of $355.22 to the United States; and

2. The remaining $355.22 of garnished funds is released to the defendant.

Dated: 9/24/03

Magistrate Judge Arthur Boylan
United States District Court

FILED SEP 2 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK